**People of the State of Illinois, Plaintiff-Appellee, v. George Franks, Defendant-Appellant.**

**Gen. No. 68–146. (Abstract of Decision.)**

Second District.

May 16, 1969.

 Marco and Mannina, of Downers Grove, for appellant; William V. Hopf, State's Attorney of DuPage County, of Wheaton and David E. Bruun, Assistant State's Attorney, for appellee. Opinion by JUSTICE SEIDENFELD. **Not to be published in full.**